(WDNC Rev. 01/17) Summons in a Civil Action

**Civil Action No.** 3:19-cv-00263

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
Forga Contracting, Inc
**was received by me on** *(date)* 6|27|19 .

❏   **I personally served the summons on the defendant at**
    **(place)** _____
    **on** *(date)* _____ ; **or**

☒   **I left the summons at the individual's residence or usual place of abode with** *(name)*
    Angela Bradley , **a person of suitable age and discretion who**
    **resides there, on** *(date)* 7/22/19 , **and mailed a copy to the individual's last**
    **known address; or**

❏   **I served the summons on** *(name of individual)* _____ ,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____ ; **or**

❏   **I returned the summons unexecuted because** _____ ; **or**

❏   **Other** *(specify):*
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** $60.00 .

**I declare under penalty of perjury that this information is true.**

**Date:** 7/22/19

KR Jenkins
Server's signature

KR Jenkins Haywood Co. Deputy
Printed name and title

1620 Brown Ave. Waynesville NC 28786
Server's address

**Additional information regarding attempted service, etc:**