(WDNC Rev. 01/17) Summons in a Civil Action

**Civil Action No.** 3:19-cv-00263

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
William Scott Forga
was received by me on *(date)* 6/27/19 .

☐ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
Angela Bradley , a person of suitable age and discretion who
resides there, on *(date)* 7/22/19 , and mailed a copy to the individual's last
known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 7/22/19 _____          KR Jenkins _____
                                                    Server's signature

                                        KR Jenkins Haywood Co. Deputy
                                                    Printed name and title

                                        1620 Brown Ave. Waynesville, NC
                                                    Server's address        28786

Additional information regarding attempted service, etc: