# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ANGELA EARLS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00190-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| FORGA CONTRACTING, INC. and | ) | |
| WILLIAM SCOTT FORGA, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Default Judgment is hereby entered in accordance with the Court's March 30, 2020 Memorandum of Decision and Order.

March 30, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court