# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| **ANGELA EARLS,** | ) Civil No. 1:19-cv-00190-MR-WCM |
| **Plaintiff,** | ) |
| v. | ) |
| | ) **DEFAULT JUDGMENT** |
| **FORGA CONTRACTING, INC.** and | ) **AGAINST DEFENDANTS** |
| **WILLIAM SCOTT FORGA,** | ) |
| **Defendants.** | ) |

THIS MATTER came before Judge Martin Reidinger on the Motion for Entry of Default Judgment and Motion for Attorneys' fees by Plaintiff Angela Earls ("Plaintiff") against Defendants Forga Contracting, Inc. and William Scott Forga. After considering the Motion for Default Judgment and Supporting Memorandum, and Plaintiff's Motion for Attorney's Fees and Supporting Memorandum, the Court has granted Plaintiff's Motion for Entry of Default Judgment and Motion for Attorney's Fees.

IT IS ORDERED AND ADJUDGED that default judgment is hereby entered in accordance with the Court's March 30, 2020, and June 9, 2020 Orders as follows:

1. That Plaintiff have and recover, jointly and severally, of Defendants FORGA CONTRACTING, INC. and WILLIAM SCOTT FORGA:

    a) The sum of $3,168.14 representing unpaid wages, liquidated damages, and prejudgment interest under N.C. Gen. Stat. § 95–25.22, and unpaid wages and liquidated damages under 29 U.S.C. § 216(b);

    b) Attorneys' Fees in the amount of Ten Thousand and 00/100 dollars. ($10,000.00); and

c) Costs in the amount of Four Hundred and 00/100 Dollars ($400.00).

2. That Plaintiff have and recover solely from Defendant FORGA CONTRACTING INC.:

a) The sum of $150,571.56 in back pay, treble damages, and prejudgment interest under N.C. Gen. Stat. § 95-243(c), subject to post-judgment interest; and

b) The sum of $15,705.00 in attorneys' fees.

August 27, 2020

_____
Frank G. Johns, Clerk
United States District Court